UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                              Case No. 10-57721
                                                                   Chapter **13**
                                                                   Judge Rhodes

**Joseph J Wojtan**
Debtors.
_____/

## ORDER WITHDRAWING DEBTORS OBJECTION TO PROOF OF CLAIM; AND, WITHDRAWAL OF PROOF OF CLAIM NUMBER 9, FILED BY CARRIAGE PARK AT LAKESIDE CONDOMINIUM ASSOCIATION

       Upon stipulation of the parties,

       IT IS HEREBY ORDERED THAT the Debtor withdraws his Objection to proof of claim number 9 filed by Carriage Park at Lakeside Condominium Association (Hereafter "Creditor").

       IT IS HEREBY ORDERED THAT Creditor, Carriage Park at Lakeside Condominium Association withdraws its claim number 9.

       IT IS HEREBY ORDERED THAT Debtor shall remit directly to Creditor funds in the amount of $6,686.24, that represents the Pre-Filing amount owed to Creditor.

       IT IS HEREBY ORDERED THAT the Post-Petition balance owed to Creditor is deemed non-dischargeable and shall be paid as a post discharge debt.

       IT IS HEREBY ORDERED THAT the Debtors case shall proceed to discharge review as was the status of the case prior the Carriage Park at Lakeside Condominium Associations Motion to Allow Late Filed Claim. Creditor shall not be deemed in violation of the Discharge Order, in any attempts to collect on its post-petition debt.
                                             .

**Signed on May 30, 2012**

                                                                 **/s/ Steven Rhodes**
                                                                 **Steven Rhodes**
                                                                 **United States Bankruptcy Judge**